## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

September 2, 2010

BEFORE:     KENNETH F. RIPPLE, Circuit Judge
MICHAEL S. KANNE, Circuit Judge
DIANE S. SYKES, Circuit Judge

| Nos.: 09-2652 & 09-3011 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>IVAN REA, a/k/a OSCAR CAMACHO-DIAZ, a/k/a MICHOACAN, a/k/a ALEX, and JOSE L. MEDINA<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court Nos: 1:07-cr-00038-LJM-KPF-1 & 1:07-cr-00038-LJM-KPF-4<br>Southern District of Indiana, Indianapolis Division<br>District Judge Larry J. McKinney ||

For the foregoing reasons, we **VACATE** Rea's conspiracy conviction and sentence, and we **AFFIRM** Rea's CCE conviction and sentence. We also **AFFIRM** Medina's conspiracy conviction and sentence. The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)